UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DAVID J. SCOTT,

        Plaintiff,                        Case No.  5:02cv177

v.                                              Hon. Robert J. Jonker

SCOTT LANG, et al.,

        Defendants.
_____/

DAVID J. SCOTT,

        Plaintiff,

v.                                              Case No. 2:06cv103

GEORGE BABIK, et al.,

        Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in the above cases.  The Report and Recommendations were duly served on the parties on February 21, 2008.   The Report and Recommendations  mailed to the Plaintiff were returned to this Court on March 3, 2008, by the United States Postal Service with a notation that the Post Office Box was closed.  Accordingly,

    **IT IS ORDERED** that the Report and Recommendations of the Magistrate Judge, filed February 21, 2008, are approved and adopted as the opinions of the court.

**IT IS FURTHER ORDERED** that these cases are **DISMISSED** with prejudice in their entirety for failure to prosecute.

/s/Robert J. Jonker
Robert J. Jonker
United States District Judge

Dated:  March 6, 2008